1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:21-CR-0007-MCE

12                 Plaintiff,           ORDER

13        v.                            COURT: Hon. Morrison C. England, Jr.

14 JASON LAMAR LEE,

15                 Defendant.

16                                **ORDER**

17       Upon the motion of the United States, good cause having been shown,

18       IT IS HEREBY ORDERED that the order issued January 15, 2021, by the United States

19 Magistrate Judge for the District of Nevada, authorizing the release of the defendant, Jason Lamar Lee,

20 shall be stayed until further order of this Court, and the defendant shall remain in the custody of the

21 United States Marshal's Service pending further proceedings before this Court on the government's

22 motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  IT IS FURTHER ORDERED that the United States Marshal's Service shall promptly transport the defendant from the District of Nevada to the Eastern District of California for such proceedings.

IT IS SO ORDERED.

Dated:  January 15, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE