The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JASON LEE | Case Number:  21-007 MCE<br><br>**DEFENDANT'S WAIVER OF APEARANCE & CONSENT TO PROCEED VIA ZOOM**<br><br>**DATE: Feb. 4, 2021**<br>**TIME: 10 am**<br>**DEPT: MCE** |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

1  Mr. Lee, having been advised of his right to appear in person for his status conference, as
2  well as of the ability to waive his personal appearance and appear via videoteleconference, has
3  elected waived his right to personally appear at his August 13, 2020 status conference, and
4  instead requests to appear via video-teleconference. If video-teleconference becomes
5  unavailable, he consents to appear via teleconference.
6  Mr. Lee further agrees that the status conference in this matter – which is requested for
7  the purpose of discussing trial dates – cannot be further delayed without serious harm to the
8  interests of justice, within the meaning of General Order 614.
9  Finally, Mr. Lee consents to counsel signing this waiver on his behalf, pursuant to
10  General Order 616. He stipulates that i) obtaining his wet signature is both impractical and
11  imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding
12  this matter; and iii) after said consultation, he consents to his counsel signing this order
13  electronically on his behalf.

Dated: <u>February 2, 2021</u>

By: <u>*Jason Lee*</u>
Jason Lee, Defendant


By: <u>*Olaf W. Hedberg*</u>
Olaf W. Hedberg
Atty for Jason Lee

**ORDER**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616. Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the February 4, 2021 status conference is GRANTED.

IT IS SO ORDERED.

Dated:  February 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE