PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE LOPEZ-ZAMORA,<br>LEONARDO FLORES BELTRAN,<br>CHRISTIAN ANTHONY ROMERO,<br>JASON LAMAR LEE,<br>BAUDELIO VIZCARRA, JR.,<br>JOAQUIN ALBERTO SOTELO VALDEZ,<br>RUDI JEAN CARLOS FLORES,<br>ERIKA GABRIELA ZAMORA ROJO,<br>JOSE LUIS AGUILAR SAUCEDO, and<br>ROSARIO ZAMORA ROJO,<br><br>Defendants. | CASE NO. 2:21-CR-0007-JAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 19, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the above-captioned defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 19, 2022.

2. By this stipulation, defendants now move to continue the status conference until July 12, 2022, at 9:30 a.m, and to exclude time between April 19, 2022, and July 12, 2022, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The grand jury returned an indictment in this case on January 28, 2021. Fourteen defendants are named in the publicly filed indictment. The names of two additional defendants who have not yet been arrested are redacted from the publicly filed indictment.

    b) On April 13, 2021, defendant Baudelio Vizcarra, Jr. made his initial appearance in the case and was arraigned on the Indictment. ECF No. 137. On May 4, 2021, the Court signed an order substituting attorney Sanjay Sobti as counsel of record for defendant Vizcarra. ECF No. 160.

    c) On May 11, 2021, the Court signed an order substituting attorney Kresta Daly as counsel of record for defendant Christian Romero. ECF No. 162.

    d) On January 4, 2022, defendant Rosario Zamora Rojo made his initial appearance on a criminal complaint. *See* 2:21-MJ-00153-DB, ECF No. 5.

    e) On March 3, 2022, the grand jury returned a superseding indictment adding Rosario Zamora Rojo as a defendant and adding a money-laundering conspiracy charge against defendants Jose Lopez-Zamora and Erika Zamora Rojo. ECF No. 276.

    f) The government has represented that the discovery associated with this case to date includes approximately 7,720 pages of materials, including investigative reports, photographs, search warrant materials, and other documents, as well as voluminous audio and video recordings and approximately 978 recorded phone calls intercepted pursuant to the Title III wiretap in this case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    g) Counsel for defendants need additional time to review the voluminous discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

    h) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    i) The government does not object to the continuance.

j) In addition, this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], as this Court previously found in its February 10, 2021 Order (ECF No. 103) and subsequent orders.

k) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

l) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 19, 2022 to July 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 11, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: April 11, 2022 | /s/ Todd D. Leras<br>Todd D. Leras<br>Counsel for Defendant<br>JOSE GUADALUPE LOPEZ-ZAMORA |
| Dated: April 11, 2022 | /s/ Christopher R. Cosca<br>Christopher R. Cosca<br>Counsel for Defendant<br>LEONARDO FLORES BELTRAN |
| Dated: April 11, 2022 | /s/ Kresta N. Daly<br>Kresta N. Daly<br>Counsel for Defendant<br>CHRISTIAN ANTHONY ROMERO |
| Dated: April 11, 2022 | /s/ Olaf W. Hedberg<br>Olaf W. Hedberg<br>Counsel for Defendant<br>JASON LAMAR LEE |
| Dated: April 11, 2022 | /s/ Sanjay Sobti<br>Sanjay Sobti<br>Counsel for Defendant<br>BAUDELIO VIZCARRA, JR. |
| Dated: April 11, 2022 | /s/ Michael D. Long<br>Michael D. Long<br>Counsel for Defendant<br>JOAQUIN ALBERTO SOTELO VALDEZ |
| Dated: April 11, 2022 | /s/ Tasha P. Chalfant<br>Tasha P. Chalfant<br>Counsel for Defendant<br>RUDI JEAN CARLOS FLORES |

Dated: April 11, 2022 /s/ Martin Tejeda
Martin Tejeda
Counsel for Defendant
ERIKA GABRIELA ZAMORA ROJO

Dated: April 11, 2022 /s/ Dina L. Santos
Dina L. Santos
Counsel for Defendant
JOSE LUIS AGUILAR SAUCEDO

Dated: April 11, 2022 /s/ Shari Rusk
Shari Rusk
Counsel for Defendant
ROSARIO ZAMORA ROJO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE