1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:21-CR-00007-TLN

12                  Plaintiff,                **ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE**

13          v.

14  JASON LAMAR LEE,

15                  Defendant.

16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's
18  Request to Seal, IT IS HEREBY ORDERED that the four-page document pertaining to Defendant Jason
19  Lamar Lee, and the Government's Request to Seal shall be SEALED until further order of this Court.
20       It is further ordered that access to the sealed documents shall be limited to the Government and
21  counsel for Defendant.
22       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*
23  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in
24  the Government's request, sealing the Government's motion serves a compelling interest. The Court
25  further finds that, in the absence of closure, the compelling interests identified by the Government would
26  be harmed.
27  ///
28  ///

                                                      1

In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Government's motion that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

DATED: July 15, 2022

Troy L. Nunley
United States District Judge